THE STATE. DEFENDANT IN ERROR, v. HORACE CODING-
TON, PLAINTIFF IN ERROR.

Argued June Term, 1911—Decided June 26, 1911.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 496.

For the plaintiff in error, *William V. Steele.*

For the defendant in error, *Frederick A. Pope,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, SULLIVAN, WHITE, JJ.    11.

*For reversal*—None.